THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:04-cv-00044-MR
CRIMINAL CASE NO. 4:96-cr-00053-MR-1

| | |
|---|---|
| OWEN ODMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's Motion for Relief from Judgment. [Doc. 38].

In the present motion, filed more than ten years after the Fourth Circuit dismissed his appeal and refused to issue a certificate of appealability [see Docs. 20, 21], the Petitioner seeks to reopen this proceeding pursuant to Federal Rule of Civil Procedure 60(b). Upon review of the Petitioner's motion, the Court finds no basis in law to reconsider the prior Order dismissing the Petitioner's first motion to vacate.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Petitioner's Motion to Reconsider [Doc. 38] is **DENIED**.

**IT IS SO ORDERED**.

Signed: October 28, 2017

Martin Reidinger
United States District Judge